UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                  :
ROBERT B. DAVIS,                  :
                                  :        Civil No. 09-4124 (RMB)
            Petitioner,           :
                                  :
        v.                        :
                                  :
                                  :             **ORDER**
PAUL SCHULTZ, et al.,             :        (CLOSED)
                                  :
            Respondents.          :
_____:


        THIS MATTER having come before the Court by way of petition

for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, on

behalf of Petitioner Robert B. Davis; and the Court having

reviewed the petition and attachments submitted, petitioner's

traverse/reply, and the Respondent's answer; and for the reasons

set forth in the Opinion filed herewith,

        IT IS on this **21st** day of **December** **2010**,

        **ORDERED** that the Petition for Writ of Habeas Corpus pursuant

to 28 U.S.C. § 2241 is DENIED WITH PREJUDICE, for lack of merit;

and it is further

        **ORDERED** that Petitioner's Motion for Definite Scheduling

Order (Docket entry no. 22) is DENIED as moot; and it is further

        **ORDERED** that the Clerk shall serve a copy of this Order upon

Petitioner by regular mail; and it is finally

        **ORDERED** that the Clerk is directed to close the file

accordingly.

                                    s/Renée Marie Bumb
                                    RENÉE MARIE BUMB
                                    United States District Judge